**Order filed March 4, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-11-00046-CV

———————

### FIVE STAR RECONSTRUCTORS, G.V. INC., Appellant

### V.

### GRAYCO BUILDERS, LLC, Appellee

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2009-72279**

# O R D E R

On February 24, 2011, this court abated this appeal because Five Star Reconstructors, GV, Inc. petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 11-31130. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed January 15, 2014. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM